**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| BRIAN MCNEAL,<br><br>        Plaintiff,<br>v.<br><br>LOUISIANA DEPARTMENT OF SAFETY AND CORRECTIONS & JAMES LEBLANC,<br><br>        Defendants. | No. 3:20-cv-00312-SDD-SDJ |

**Joint Motion to Continue Trial and Pre-Trial Dates**

NOW INTO COURT, jointly come all parties, to respectfully request that this Court reschedule the trial and pre-trial dates in the above-captioned matter.

On May 22, 2020, Plaintiff filed suit under the Americans with Disabilities Act and Rehabilitation Act. R. Doc. 1.

On February 26, 2021, Plaintiff filed a First Amended Complaint with leave of court. R. Doc. 27.

On March 26, 2021, Defendants filed a Motion to Dismiss pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure. R. Doc. 30.

Because resolution of the Motion to Dismiss will likely substantially (or completely) affect the scope of the claims and discovery, the Parties respectfully request that this Court take the trial date, and all pre-trial dates off calendar, and hold a scheduling conference once the Motion to Dismiss has been resolved. So doing will conserve the resources of the litigants and this Court.

WHEREFORE, the Parties jointly request that this Motion be granted.

Respectfully submitted,

*/s/ William Most*
William Most, La. Bar No. 36914
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
*Attorney for Plaintiff*

*s/Phyllis E. Glazer*_____
**PHYLLIS E. GLAZER (LSBA #29878)**
**ASSISTANT ATTORNEY GENERAL**

**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: GlazerP@ag.louisiana.gov

*Attorney for Defendants*